**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

DAVID HENCHEN,

                *Plaintiff,*

vs.                                                                                       **AMENDED**
                                                                       **OFFER OF JUDGMENT**

RENOVO SERVICES, LLC,                                                                  11-cv-6073
TOWN OF GREECE, and PAUL GREEN,
Individually and in his official capacity,

                *Defendants.*
_____

        Defendant RENOVO SERVICES, LLC, in accordance with Rule 68 of the Federal Rules of Civil Procedure, hereby offers to plaintiff that judgment may be entered against it in the amount of THREE THOUSAND DOLLARS AND NO CENTS ($3,000.00), in full satisfaction of all counts contained in plaintiff's Amended Complaint, costs and attorney's fees.

DATED:      May 2, 2012
                  Buffalo, New York                                      **COHEN & LOMBARDO, P.C.**

                                                                                    ___s/Erin E. Cole_____
                                                                                    Erin E. Cole
                                                                                    *Attorneys for defendant*
                                                                                   *Renovo Services, LLC*
                                                                                   Office & P.O. Address
                                                                                   343 Elmwood Avenue
                                                                                   P.O. Box 5204
                                                                                   Buffalo, New York 14213-5204
                                                                                   (716) 881-3010

TO:    Seth J. Andrews, Esq.
         **LAW OFFICE OF KENNETH HILLER**
         *Attorneys for plaintiff*
         6000 North Bailey Avenue, Suite 1A
         Amherst, New York 14226
         Telephone: (716) 564-3288

CC: John C. Palermo, Esq.
   **GALLO & IACOVANGELO, LLP**
   *Attorneys for defendants Town of Greece and Paul Green*
   39 State Street
   Suite 700
   Rochester, New York 14614
   Telephone: (585) 454-7145