AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

       WESTERN            DISTRICT OF   NEW YORK

**DAVID HENCHEN,**

        **Plaintiff(s),**

        **v.**          **JUDGMENT IN A CIVIL CASE**

**RENOVO SERVICES, LLC,**

        **Defendant(s).**

        **CASE NUMBER: 11-CV-6073**

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

X    **Notice of Acceptance of judgment**.

**That plaintiff is awarded three thousand dollars and no cents ($3,000.00) against defendant Renovo Services, LLC.**

May 2, 2012                          MICHAEL J. ROEMER
Date                                   Clerk of Court

                                          S/Tricia M. Ofray

                                          Tricia M. Ofray
                                             (By) Deputy Clerk