UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID HENCHEN,

                              Plaintiff,

v.                                         Civil Action No. 11-CV-6073

RENOVO SERVICES, LLC,
TOWN OF GREECE and PAUL GREEN,
Individually and in his official capacity,

                              Defendant.
_____

**CERTIFICATE OF SERVICE**

I, Seth J. Andrews, certify that I am and at all times during service of process was not a party to the above matter nor less than 18 years of age. I further certify that on May 1, 2012, I served a true copy of the Notice of Acceptance of Offer of Judgment using the CM/ECF system, which sent notification of such filing to the email address designated by the following for that purpose.

    Erin E. Cole, Esq.
    *Attorney for the Defendant*
    ecole@cohenlombardo.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 2, 2012

                                        /s/Seth J. Andrews, Esq.
                                        Seth J. Andrews, Esq.
                                        Law Offices of Kenneth Hiller, PLLC
                                        *Attorneys for Plaintiff*
                                        6000 North Bailey Avenue, Suite 1A
                                        Amherst, NY 14226
                                        Telephone: (716) 564-3288

                                        Email: sandrews@kennethhiller.com