UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID HENCHEN,

                Plaintiff,            **CERTIFICATION**

  vs.                                    Civil Action No. 6:11-cv-06073

RENOVO SERVICES, LLC,
TOWN OF GREECE and
PAUL GREEN, Individually and in his Official
Capacity,

                Defendants.
_____

## MEDIATION CERTIFICATION

A mediation session was held on: June 11, 2012

☐    **Case has settled.**  The parties have been instructed to file a stipulation for dismissal pursuant to Rule 41.1 of the Local Rules of Civil Procedure for the Western District of New York.

☐    **Case has settled in part.**  The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation.

☐    **Case has not settled.**  Mediation will continue on a date to be determined.

[✓]    **Case has not settled.**  No further mediation planned.

Date:  Buffalo, New York
         June 12, 2012

                                                    **HODGSON RUSS LLP**

                                                  ___/s/ Hugh M. Russ, III____
                                                         Mediator
                                                Hugh M. Russ, III
                                                140 Pearl Street, Suite 100
                                                Buffalo, New York   14202
                                                (716) 856-4000
                                                hruss@hodgsonruss.com